COLIN A. STEPHENSON, Appellant, v. THE GO-GAS COMPANY, WARNER-QUINLAN COMPANY and Others, Respondents.— Motion to resettle order granted. Order signed. Present — Kapper, Hagarty, Carswell and Scudder, JJ.; Lazansky, P. J., not voting.

JACOB STICKER, Respondent, v. SERIL REALTY CORPORATION, Appellant.— Motion for reargument denied. Motion to resettle order of February 13, 1931, granted and order resettled by striking out the words " and the facts," thus providing that the reversal is upon the law only. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

JOHN ARCIDIACONO, Appellant, v. ANTHONY MAGLIO, Also Known as M. ANTHONY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

FLORENCE BULKOWSTEIN, Appellant, v. HENRY L. DOHERTY, Doing Business as HENRY L. DOHERTY & COMPANY, Respondent.— Order, in so far as it grants defendant's motion to dismiss complaint for insufficiency affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

VIRGINIUS Z. CARACRISTI, Respondent, v. VALVE PILOT CORPORATION, Appellant.— Order denying motion to require plaintiff to state and number separately the causes of action alleged in the complaint, to make the complaint more definite and certain and to strike therefrom irrelevant and unnecessary matter affirmed, with ten dollars costs and disbursements, with leave to defendant to serve its answer within ten days from service of a copy of the order herein. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ., concur.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK on the Complaint of PAULINE LEVINE, Respondent, v. JOE SINDONI, Appellant.— Order of filiation of the Court of Special Sessions of the City of New York, Borough of Brooklyn, unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

MARGARET COUSENS, as Administratrix, etc., of BYRON WHITNEY COUSENS, Deceased, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Order granting plaintiff's motion for a bill of particulars modified by adding thereto the provision that as to items numbered 1 and 2 the particulars are to be given so far as defendant is able to do so, and by adding thereto an explanatory clause, as item 3, to read as follows: " 3. Defendant shall not be precluded from presenting its defense of contributory negligence, based on facts disclosed at the trial by the plaintiff and not presently within defendant's knowledge." As so modified, the order is affirmed, without costs. The bill of particulars to be served by defendant upon plaintiff's attorney within five days from service of a copy of the order herein. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.